# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GUILLERMO CRUZ RUIZ,  )<br>  )<br>  Petitioner,  )<br>  )<br>v.  )<br>  )<br>MELLISSA B. HARPER, New Orleans Field  )<br>Office Director of Immigration and Customs  )<br>Enforcement, Enforcement and Removal  )<br>Operations, in her official capacity;  )<br>U.S. DEPARTMENT OF HOMELAND  )<br>SECURITY; and U.S. IMMIGRATION  )<br>AND CUSTOMS ENFORCEMENT,  )<br>  )<br>  Respondents.  )| No. 2:26-cv-02092-SHL-atc |

## ORDER REQUIRING ADDITIONAL INFORMATION
## FROM PETITIONER AND ORDERING SERVICE

On February 3, 2026, Petitioner Guillermo Cruz Ruiz filed the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging his continued detention in the West Tennessee Detention Facility as an "arriving alien" without a bond hearing. (ECF No. 2.) However, Cruz Ruiz failed to provide sufficient facts in the Petition. (ECF No. 2-3 at PageID 29.) Upon review of the Petition, it is **ORDERED** as follows:

(1)   Cruz Ruiz shall **SUPPLEMENT the Petition** within **five days** of the entry of this Order, providing a factual basis affirmatively showing why he should not be considered an "arriving alien" under 8 U.S.C. § 1225. He shall, also within **five days** of this Order, **serve one copy each of (1) the Petition (ECF Nos. 2, 2-1, 2-2, 2-3), (2) his supplemental facts, and (3) this Order (ECF No. 7)** on each Respondent, and ensure that copies are delivered to the United States Attorney for the Western District of Tennessee at the following address:

> Stuart Canale, Assistant United States Attorney
> United States Attorney's Office
> 167 North Main Street
> Suite 800
> Memphis, TN 38103

Additionally, Cruz Ruiz shall serve the documents listed above on the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**.  Failure to fully comply with these service requirements may justify dismissal of the Petition.  See Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." (emphasis added)).

(2)     Within **five days** after Cruz Ruiz fully complies with the above service requirements, Respondents shall respond to the petition for writ of habeas corpus in writing.

(3)     Cruz Ruiz may file a reply within **two days** after Respondents' responsive filing.

(4)     Respondents shall not transfer Petitioner Cruz Ruiz out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 4th day of February, 2026.

> s/ Sheryl H. Lipman
> SHERYL H. LIPMAN
> CHIEF UNITED STATES DISTRICT JUDGE