# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GUILLERMO CRUZ RUIZ,<br><br>    Petitioner,<br><br>v.<br><br>MELLISSA B. HARPER, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Respondents. | No. 2:26-cv-02092-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed February 2, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 13), filed February 18, 2026, Petitioner's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 10, 2026
Date